Entered on Docket
March 19, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7
09-77688

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 09-30758-BAM |
| Jose Cavada and Ernestina Cavada | Date: 3/2/2010<br>Time: 1:30 pm |
| Debtors | Chapter 13 |

**ORDER VACATING AUTOMATIC STAY**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3  Secured Creditor US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-

4  Through Certificates, Series 2006-7, its assignees and/or successors in interest, of the subject property,

5

6  generally described as 1421 Linnbaker Lane #201, Las Vegas, NV 89110, and legally described as

7  follows:

8  PARCEL ONE (1)

9  UN UNDIVIDED 1/14 TH INTEREST AS TENANTS IN COMMON IN AND TO PHASE 2
   OF OWENS CONDOMINIUMS- UNIT 5, AS SHOWN BY MAP THERE OF ON FILE IN
10 BOOK 63 OF PLATS, PAGE 7, IN THE OFFICE OF THE COUNTY RECORDER OF
   CLARK COUNTY, NEVADA.
11

12 EXCEPTING THEREFROM THE FOLLOWING

13 ALL UNITS IN ALL RESIDENTIAL BUILDINGS AS SHOWN ON THE CONDOMINIUM
   PLAT REFERRED TO ABOVE.
14

15 PARCEL TWO (2):

16 LIVING UNIT FOUR (4) IN BUILDING TWO HUNDRED (200) OF OWENS
   CONDOMINIUM- UNIT 5, AS SHOWN ON MAP THEREOF ON FILE IN BOOK 63 OF
17 PLATS, PAGE 7, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,
   NEVADA.
18

19 PARCEL THREE (3):

20 THE EXCLUSIVE RIGHT TO USE, POSSESSION AND OCCUPANCY OF THOSE
   PORTIONS OF THE COMMON AREA AND ASSIGNED PARKING SPACE P-149 BEING
21 DESCRIBED IN THE COVENANTS, CONDITIONS AND RESTRICTION RECORDED
   MAY 19,1993 IN BOOK 930519, AS DOCUMENT NO. 00528, AS EXCLUSIVE USE
22 AREAS WHICH ARE APPURTENANT TO ANF FOR THE EXCLUSIVE USE OF PARCEL
   ONE AND TWO ABOVE.
23

24 PARCEL FOUR (4):

25 A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS ANF RECREATIONAL USE
   ON, OVER AND UNDER THE COMMON AREAS AND PRIVATED STREETS OF
26 OWENS CONDOMINIUMS- UNIT 5, ON FILE IN BOOK 63 OF PLATS, PAGE 7, OF

Case 09-30758-bam   Doc 52   Entered 03/19/10 16:39:39   Page 3 of 4

OFFICIAL RECORDS AND FURTHER UNITS, WHICH EASEMENTS IS APPURTENANT TO PARCEL ONE (1), TWO (2) ANF THREE (3) DESCRIBED ABOVE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Sanchez Law Group
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order           \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order           \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order           \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order           \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor